**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BLAKE SCHOLEY,

               Plaintiff,

v.                                                                               Case No:  6:15-cv-559-Orl-40KRS

ROBERT LACEY and BALDWIN
RESTAURANT VENTURE, LLC,

               Defendants.

_____/

## ORDER

This cause is before the Court on three motions.  Plaintiff's Scholey/Counter-Defendant's Motion to Dismiss Defendant BRV/Counter-Plaintiff's Counterclaims (Doc. 43) filed on August 7, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied as moot.  Plaintiff/Counter-Defendant Scholey's Amended Motion to Dismiss Defendant/Counter-Plaintiff BRV's Counterclaims (Doc. 44) filed August 8, 2015.  The United States Magistrate Judge has submitted a report recommending that the motion be denied as moot.  Plaintiff/Counter-Defendant Scholey's Amended Motion to Dismiss Defendant/Counter-Plaintiff BRV's Counterclaims (Doc. 45) filed August 8, 2015.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed September 2, 2015 (Doc. 49), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff/Counter-Defendant Scholey's Amended Motion to Dismiss Defendant/Counter-Plaintiff BRV's Counterclaims (Doc. 45) is **GRANTED in part**.

3.     Baldwin Restaurant's counterclaims are **DISMISSED with prejudice**.

4.     Baldwin Restaurant **SHALL NOT** be permitted to amend its counterclaims.

5.     Scholey's request for attorneys' fees and costs is **DENIED without prejudice**.

6.     Scholey/Counter-Defendant's Motion to Dismiss Defendant BRV/Counter-Plaintiff's Counterclaims (Doc. 43) is **DENIED as moot**.

7.     Plaintiff/Counter-Defendant Scholey's Amended Motion to Dismiss Defendant/Counter-Plaintiff BRV's Counterclaims (Doc. 44) is **DENIED as moot**.

**DONE AND ORDERED** in Orlando, Florida on September 23, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties