UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BLAKE SCHOLEY and DAWN ASHLEY SULLIVAN,

      Plaintiffs,

v.                                                 Case No: 6:15-cv-559-Orl-40KRS

ROBERT LACEY and BALDWIN RESTAURANT VENTURE, LLC,

      Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Second Amended Joint Memorandum to Approve Settlement FLSA Settlement (Doc. 78) filed on May 23, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 27, 2016 (Doc. 79), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **FINDS** that the settlement is a fair and reasonable resolution of a *bona* fide dispute under the FLSA.

3. The Second Amended Joint Memorandum to Approve Settlement FLSA Settlement (Doc. 78) is **GRANTED IN PART**.

    4.    The Clerk is **DIRECTED** to enter the Stipulated Consent Judgment (Doc. 78-1, p. 19).

    5.    The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 15, 2016.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties